# United States Court of Appeals
## For the First Circuit

No. 07-2670

RICHARD DENNIS,

Plaintiff, Appellant,

v.

OSRAM SYLVANIA, INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on December 10, 2008, is amended as follows:

On p.7, line 17: Change heading "Dennis' Motion for Summary Judgment" to "Sylvania's Motion for Summary Judgment."